**Order entered April 15. 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00761-CR

**DONALD JAMAIN HENDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-76114-T**

## ORDER

Before the Court is appellant's April 13, 2022 third motion for additional time to file his brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/ ERIN A. NOWELL
JUSTICE